~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*         DISTRICT OF   NEVADA

IGNACIO BARAJAS MACIAS,

     Petitioner,              JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:06-CV-00631-HDM-RAM**

BILL DONAT, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Petitioner's First Amended Petition for Writ of Habeas Corpus (Dkt #17) is DENIED.


   11/30/2009                                              **LANCE S. WILSON**
                                                                              Clerk

                                                                     /s/ P. McDonald
                                                                     Deputy Clerk